**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **MONTE ALBERT,** | § | |
| *Plaintiff,* | § | |
| | § | |
| *v.* | § | **NO. 1:25-CV-01497-ADA-DH** |
| | § | |
| **UNITED STATE DEPARTMENT OF** | § | |
| **THE ARMY, ET AL.,** | § | |
| *Defendants.* | § | |

**ORDER ADOPTING MAGISTRATE
<u>JUDGE'S REPORT AND RECOMMENDATION</u>**

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin M. Howell regarding Plaintiff Monte Albert's claims and pending motions. Dkt. 7. The report recommends that Plaintiff's claims be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B) and that all other pending motions be **DENIED AS MOOT**. The Report and Recommendation was filed October 9, 2025. This Court hereby adopts Judge Howell's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing de novo review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on October 10, 2025. Dkt. 11. Plaintiff also filed supplemental objections and a motion to reconsider procedural restrictions on October 10, 2025. Dkt. 12. The

Court has conducted a *de novo* review of the Complaint, the Report and Recommendation, the objections to the Report and Recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Dustin M. Howell, Dkt. 7, is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS FINALLY ORDERED** that all pending motions, included those filed after Judge Howell's Order and Report and Recommendation, are **DENIED AS MOOT**.

**SIGNED** on October 31, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE